*UNITED STATES DISTRICT COURT*
# WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

| | |
|---|---|
| **DAWN ALEXANDER,** | **JUDGMENT IN A CIVIL CASE** |
|     PLAINTIFF, | |
| v. | |
| **TONY M. BYRD, DEPUTY SHERIFF FOR GIBSON COUNTY, TENNESSEE, INVIDUALLY,** | |
|     DEFENDANT. | CASE NO: 14-1022-STA-egb |

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendant's Motion For Summary Judgment entered on June 21, 2017, the motion for Summary Judgment is GRANTED.

    APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

DATE: 6/21/2017

    THOMAS M. GOULD
    **Clerk of Court**

    s/Maurice B. Bryson
    (By) Deputy Clerk